ROBERT J. HOWE, Respondent, *v.* JOSEPH J. MOREHOUSE et al., Appellants.

(Submitted October 16, 1891 ; decided December 1, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made December 2, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*A. M. & G. Card* for appellants.

*Edward P. Wilder* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed. _____